# PD-1201-15

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

WILLIE LEE OCKLETREE, #1906981
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367
AUGUST 31, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

HONORABLE JUSTICES and the
HONORABLE COURT CLERK
IN and FOR THE TEXAS COURT
OF CRIMINAL APPEALS
P. O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711-2308

In Re: APPEAL COURT No. 03-14-00046-CR
(TRIAL COURT No. 71192, 72505 Dis. Ct.)
WILLIE LEE OCKLETREE vs. THE STATE OF TEXAS

APPELLANT/PETITIONER'S "PRO SE" LETTER FORM COMBINED PLEADING, TO WIT: MOTION FOR THE COURT OF CRIMINAL APPEALS TO SUSPEND RULES AND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Dear Honorable Justices and the Honorable Clerk of The Honorable Texas Court of Criminal Appeals:

COMES NOW, Willie Lee Ockletree, #1906981, an offender, who is confined in TDCJ-CID at the Allred Unit, 2101 F. M. 369 N., Iowa Park, Texas 76367 and which is located in Wichita County, Texas; who is the Appellant/Petitioner(Pro Se) in the above referenced styled and numbered appeal which the foregoing LETTER FORM PLEADING as above referenced is declared, confirmed, stated, acknowledged, verified, and pled to a true and correct under the penalty of perjury of the LAWS of the UNITED STATES and The State of Texas in accordance with and pursuant to 28 U. S. C. SECTION 1746 and Tex. Civ. Prac. & Rem. Code, Sections 132.001-132.003 of which I do depose and state my pleading is as follows:

## I.
## MOTION FOR COURT OF CRIMINAL APPEALS TO SUSPEND THE RULES

COMES NOW, APPELLANT/PETITIONER who moves this Honorable Court of Criminal Appeals to suspend the rules governing the form of pleading allowing the APPELLANT/PETITIONER to proceed by and through

**LETTER FORM PLEADING.** For this pleading is authorized in accordance and pursautnt to TEXAS RULES OF APPELLATE PROCEDURE, RULE 2 where this HONORABLE Court of Criminal Appeals may suspend the rules uppon its own motion and/or the motion of the Appellant/Petitioner.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner does PRAY that this HONORABLE COURT OF CRIMINAL APPEALS grant and issue the appropriate ORDER SUSPENDING THE RULES allowing the LETTER FORM PLEADING to proceed in bar of pleading form.

## II.
## MOTION FOR EXTENSION OF TIME TO FILE PETITION
## FOR DISCRETIONARY REVIEW

COMES NOW, WILLIE LEE OCKLETREE, the APPELLANT/PETITIONER in above styled and numbered appeal who does MOVE this HONORABLE COURT OF CRIMINAL APPEALS to extend the Appellant/Petitioner's time to file to file his PETITION FOR DISCRETIONARY REVIEW. For the Appellant/Petitioner does represent in support of this motion as follows:

1. The style and number of this case is identified in Third Court of Appeals sitting in Austin, Texas is WILLIE LEE OCKLETREE -v- The State Of Texas, Appeal Court No. 03-14-00046-CR.

2. The styled and number of the trial court, namely; 426th District Court of Bell County, Texas is styled and numbered THE STATE OF TEXAS -v- WILLIE LEE OCKLETREE, CAAUSE NUMBER 71320.

3. The Appellant/Petitioner was convicted of the felony offense of AGGRAVATED ASSAULT WITH DEADLY WEAPON ENHANCED pursuant to TEXAS PENAL CODE, Section 12.42 (d).

4. The judgement was entered on January 8th, 2014 with the punishment having been assesed by the jury at a term of seventy-five (75) years confinement.

5. The conviction was affirmed in the Third Court of Appeals on August 6th, 2015 that arived to the Allred Unit on August 11th, 2015 as shown by the offical mail room loggs kept and managed in the normalday to day operation and management of Allred Unit Mail Room showing incoming and outgoing mail of offenders.

6. The deadline for filing the APPELLANT'S PETITION FOR DIS-

CRETIONARY REVIEW should be calculated from the ruling upon the Appellant/Petitioner's MOTION FOR REHEARING on file and pending in the THIRD COURT OF APPEALS since be ng mailed on or about the date of _Aug 24th_ , 2015 as noted by the Allred Unit Mail Room's Log of Outgoing Legal Mail.

7. An extens on of a periodd of sixty (60) days is requested that would extend the t me for filing sixty days from the ruling of the Third Court of Appeals on the Motion For Rehearing that is presently pending.

8. No prev ous requet have been sought by the Appellant/Petitioner.

9. The Appellant/Petitioner pleads that he is entitled to the time being sought in good fa th due to his having to proceed in and upon this matter without the advice, assistance, and/or use of any person formally trained in the art and science of he field of law. For compound ng this the use of a minimally supplied law library, and not hav ng access to the use of a computer and/or online services to perfect legal research the abil ty to file is further hindered and impeded whee a licensed attorney would not be burdened.

Therefore the Appellant/Petitioner needs th s additional time to to prepare his pleading.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner respectfully prays that his mot on be granted by extend ng the time to file sixty days from the ruling on the rehearing.

AND FURTHER, the Appellant/Petitioner does seek and request any and all other remedy and redress as authorized by law and equity in this matter to which I hereinafter on th s date of August 31, 2015 do affix my signature declaring, confirming, stating, acknow ledge, verify, and pleading herein that the foregoing LETTER FORM PLEAD NG s true and correct.

RESPECTFULLY SUBMITTED,

s/ _[signature]_
WILLIE LEE OCKLETREE, #1906981
APPELLANT/PETITIONER, PRO SE
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

-3-

## CERTIFICATE OF SERVICE

I, WILLIE LEE OCKLETREE, #1906981, do certify that I have served the Attorney For The State of Texas with a true and correct copy of the foregoing LETTER FORM PLEADING by placing the same in a postage prepaid envelope and depositing the same in the Allred Unit Mail Box to be picked up by Allred Unit Mail Room Personel for logging in the outgoing legal mail log and to be then subsequently deposited in the U. S. Postal Service for delivery to the attorney for the state as follows:

MR. BOB ODOM,
ASSISTANT DISTRICT ATTORNEY
BELL COUNTY DISTRICT ATTORNEY'S OFFICE
P. O. BOX 540
BELTON, TEXAS 76513

This is certified to be a true and correct act of service under the penalty of perjury of the laws of the United States and The State Of Texas in accordance with, and pursuant to 28 U.S.C. sec. 1746 and Tex. Civ. Prac. & Rem. Code, Sections 132.001-132.003 by affixing my signature hereinafter on this date of August 31, 2015.

s/ Willie Ockletree
WILLIE LEE OCKLETREE, #1906981
ALLRED UNIT/TDCJ-CID
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

-4-